No. 84–1244.   DAVIS ET AL. v. BANDEMER ET AL.   D. C. S. D. Ind.   [Probable jurisdiction noted, 470 U. S. 1083.]   Motion of appellants for divided argument to permit Mexican American Legal Defense and Educational Fund to present oral argument as *amicus curiae* denied.

No. 84–1288.   EVANS, GOVERNOR OF IDAHO, ET AL. v. JEFF D. ET AL., MINORS, BY AND THROUGH THEIR NEXT FRIEND, JOHNSON, ET AL.   C. A. 9th Cir.   [Certiorari granted, 471 U. S. 1098.]   Motion for appointment of counsel granted, and it is ordered that Luvern Charles Johnson III, Esquire, of Pocatello, Idaho, be appointed to serve as counsel for respondents in this case.

No. 84–1360.   CITY OF RENTON ET AL. v. PLAYTIME THEATRES, INC., ET AL.   C. A. 9th Cir.   [Probable jurisdiction noted, 471 U. S. 1013.]   Motion of appellees to exclude documents from the joint appendix denied.

No. 84–1480.   WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. GREENFIELD.   C. A. 11th Cir.   [Certiorari granted, 471 U. S. 1098.]   Motion for appointment of counsel granted, and it is ordered that James D. Whittemore, Esquire, of Tampa, Fla., be appointed to serve as counsel for respondent in this case.

No. 84–1485.   MORAN, SUPERINTENDENT, RHODE ISLAND DEPARTMENT OF CORRECTIONS v. BURBINE.   C. A. 1st Cir.   [Certiorari granted, 471 U. S. 1098.]   Motion of petitioner to dispense with printing the joint appendix granted.

No. 84–6575.   IN RE HOLLAND; and
No. 84–6583.   IN RE THANH.   Petitions for writs of mandamus denied.

No. 84–1555.   CONNOLLY ET AL., TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST v. PENSION BENEFIT GUARANTY CORPORATION ET AL.; and
No. 84–1567.   WOODWARD SAND CO., INC. v. PENSION BENEFIT GUARANTY CORPORATION ET AL.   Appeals from D. C. C. D. Cal.   Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.